United States District Court
Southern District of Texas
**ENTERED**
May 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SANTIAGO MADRID, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-415 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## **ORDER**

The Court now considers the "Agreed Stipulation of Dismissal with Prejudice,"[1] filed by Santiago Madrid and Estefania M. Pachuca ("Plaintiffs") and Allstate Vehicle and Property Insurance Company ("Defendant"), announcing to the Court that Plaintiffs seek to dismiss this suit and that Defendant agrees to dismissal of Plaintiffs' claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiffs and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 2nd day of May, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 17.